IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN CHARLES FORBESS,

        Petitioner,

      v.

DON MILLS, Superintendent,
Two Rivers Correctional Institution,

        Respondent.

Case No. 3:08-cv-01261-AC

ORDER

      TODD H. GROVER
      333 SW Wilson Avenue
      Suite 204
      Bend, Oregon, 97702

          Attorney for Petitioner

      ELLEN F. ROSENBLUM
      Attorney General
      ANDREW D. HALLMAN
      Assistant Attorney General
      1162 Court Stree N.E.
      Salem, Oregon 97301

          Attorneys for Respondent

1 - ORDER

MARSH, Judge.

Magistrate Judge John V. Acosta filed his Findings and Recommendation on August 17, 2012. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981); accord Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

Petitioner has filed timely objections. Therefore, I have given the file of this case a *de novo* review. I find no error. Accordingly, I ADOPT Judge Acosta's Findings and Recommendation (#97). Petitioner's habeas petition (#3) is DENIED as untimely, and a certificate of appealability is DENIED on the basis that petitioner has failed to demonstrate that jurists of reason would find it debatable whether petitioner's habeas petition is subject to dismissal as untimely, *and* would find it debatable whether

///
///
///
///

2 - ORDER

petitioner states a valid claim of the denial of a constitutional right.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this __17__ day of September, 2012

Malcolm F. Marsh
United States District Judge

3 - ORDER